**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kirk Campbell | 1:21-cv-02076-ELR-JEM |
| DEFENDANT | TYPE OF PROCESS |
| B.L. Krizbai #2070 | Summons and Complt Civil |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Gwinnett County Police department
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
770 Hi Hope Road, Lawrenceville GA 30044

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 29 2022
KEVIN P. WEIMER, Clerk
By: Two Deputy Clerk

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Kirk Campbell
5600 Spalding Dr
Unit 923311
Norcross GA 30010

Number of process to be served with this Form 285: 38
Number of parties to be served in this case: Two
Check for service on U.S.A.: N/A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
individual capacity

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 4705625049
DATE: 5/25/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 19
District to Serve No.: 19
Signature of Authorized USMS Deputy or Clerk: Jimmy J. Slady
Date: July 14, 2022

[X] I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. shown at the address inserted below.

Name and title of individual served (if not shown above):
CPL SC Everett  Court Liason
Date: 07/27/22
Time: 3:00 pm

Address (complete only different than shown above):
75 Langley Dr. Lawrenceville GA

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $38.75 | | $168.75 | | 0 |

REMARKS

JUL 14 '22 PM 3 55 USMS NGA

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev 11/18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-02076-ELR-JEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gwinnett Co Pd
was received by me on *(date)* 07/21/2022.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CPL SC Everett, who is designated by law to accept service of process on behalf of *(name of organization)* GCPD
on *(date)* 07/27/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 130.00 for travel and $ 38.75 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07/27/2022

_____
Server's signature

David Elradolor DUSM
Printed name and title

121 Spring St SE Gainesville GA
Server's address

Additional information regarding attempted service, etc: