**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Kirk Campbell | COURT CASE NUMBER: 1:21-cv-02076-ELR-JEM |
| DEFENDANT: John Escandon #1043 | TYPE OF PROCESS: Summons and Complaint |

**SERVE AT:** Gwinnett County Police Department
ADDRESS: 770 Hi Hope Road, Lawrenceville, GA 30044

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JAN 19 2023
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Kirk Campbell
5600 Spalding Dr
unit 923311 unit 923311
Norcross GA 30010

Number of process to be served with this Form 285: 38
Number of parties to be served in this case: Two
Check for service on U.S.A.: N/A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service): Individual Capacity

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Kirk Campbell
TELEPHONE NUMBER: 470 562 5049
DATE: 5/25/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| (Sign only for USM 285 if more than one USM 285 is submitted) | 1 of 2 | 19 No | 19 No | Tammy T Gladney | 1/10/2023 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): CPL Everett Court Liason
Date: 01/13/2023
Time: ☐ am ☐ pm

Address (complete only different than shown above): 75 Langley Dr Lawrenceville GA

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $39.30 | | $169.30 | | |

REMARKS:
DEC 21 '22

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-02076-ELR-JEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Escandon
was received by me on *(date)* 01/10/2023.

☒ I personally served the summons on the individual at *(place)* 75 Langley Dr
Lawrenceville GA                                         on *(date)*                 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CPL Everett , who is
designated by law to accept service of process on behalf of *(name of organization)* John Escandon
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 39.30 for travel and $ 130.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/13/2023

David Churchh
*Server's signature*

David Elmadolar  DUSM
*Printed name and title*

GAINESVILLE, GA
*Server's address*

Additional information regarding attempted service, etc: